*Receipt number AUSFCC-9339112*

## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

Patrick Snee, *et. al*,  )
)   Case No.    **24-199 L**
*Plaintiffs*,  )
)   Judge:
v.  )
)
THE UNITED STATES OF AMERICA,  )
)
*Defendant*.  )

_____

## COMPLAINT

### JURISDICTION

1.     This Court has jurisdiction pursuant to 28 U.S.C. § 1494(a)(1) ("Tucker Act") because this action presents a claim against the United States which is founded upon the Constitution and Statutes of the United States.

2.     Plaintiffs' claims are based upon 1) The Fifth Amendment to the United States Constitution prohibiting the taking of private property for public use, without just compensation; 2) The National Trails System Act Amendments of 1983; 16 U.S.C. § 1247(d) ("Trails Act"); 3) The Tucker Act, 28 U.S.C. § 1491(a) ("Tucker Act"); and 4) The Uniform Relocation Assistance and Real Property Acquisition Policies Act of 1970, 42 U.S.C. § 4654(c) (2000).

### COUNT I

### (TAKINGS CLAIM)

3.     Housatonic Railroad Company, Inc., formerly owned an easement for railroad purposes, between approximately Milepost 0.0 at Beacon, New York, and Milepost 71.2 at the Connecticut/New York state line, a distance of 41.1 miles in Dutchess & Putnam Counties, New York (the "Railroad Line").

4.     The easement lay across property owned by Plaintiffs.

1

5.      Upon abandonment of the easement and/or authorization of use beyond the scope of the easement, Plaintiff's property would have been unburdened by any easement.

6.      Patrick Snee owned land adjacent to the Railroad Line on the date of the taking, February 8, 2024.  The property owned by Patrick Snee is located in Dutchess County, New York, and includes parcel number 132800-6356-01-462839-0000, and includes but is not limited to the fee title to all that property to the centerline of the abandoned right-of-way that is now subject to an easement for interim trail use.

7.      Joseph and Patricia Aiello owned land adjacent to the Railroad Line on the date of the taking, February 8, 2024.  The property owned by Joseph and Patricia Aiello is located in Dutchess County, New York, and includes parcel number 134089-6857-00-452460-0000, and includes but is not limited to the fee title to all that property to the centerline of the abandoned right-of-way that is now subject to an easement for interim trail use.

8.      Julius Almenas, III owned land adjacent to the Railroad Line on the date of the taking, February 8, 2024.  The property owned by Julius Almenas, III is located in Putnam County, New York, and includes parcel number 13.-2-87, and includes but is not limited to the fee title to all that property to the centerline of the abandoned right-of-way that is now subject to an easement for interim trail use.

9.      Mario Alti owned land adjacent to the Railroad Line on the date of the taking, February 8, 2024.  The property owned by Mario Alti is located in Dutchess County, New York, and includes parcel number 132800-6357-04-927335-0000, and includes but is not limited to the fee title to all that property to the centerline of the abandoned right-of-way that is now subject to an easement for interim trail use.

10.     Nicola Apap owned land adjacent to the Railroad Line on the date of the taking, February 8, 2024.  The property owned by Nicola Apap is located in Dutchess County, New York, and includes parcel number 134089-6856-00-417666-0000, and includes but is not limited to the fee title to all that property to the centerline of the abandoned right-of-way that is now subject to an easement for interim trail use.

11.     Saundra Armstrong owned land adjacent to the Railroad Line on the date of the taking, February 8, 2024.  The property owned by Saundra Armstrong is located in Dutchess County, New York, and includes parcel number 132800-6557-03-382137-0000, and includes but is not limited to the fee title to all that property to the centerline of the abandoned right-of-way that is now subject to an easement for interim trail use.

12.     B P O E owned land adjacent to the Railroad Line on the date of the taking, February 8, 2024.  The property owned by B P O E is located in Dutchess County, New York, and includes parcel number 130200-6054-37-004630-0000, and includes but is not limited to the fee title to all that property to the centerline of the abandoned right-of-way that is now subject to an easement for interim trail use.

13.     Beacon Commercial Realty Properties, LLC owned land adjacent to the Railroad Line on the date of the taking, February 8, 2024.  The property owned by Beacon Commercial Realty Properties, LLC is located in Dutchess County, New York, and includes parcel number 130200-6055-80-459170-0000, and includes but is not limited to the fee title to all that property to the centerline of the abandoned right-of-way that is now subject to an easement for interim trail use.

14.     Joseph Bochichio owned land adjacent to the Railroad Line on the date of the taking, February 8, 2024.  The property owned by Joseph Bochichio is located in Dutchess County,

3

New York, and includes parcel number 132800-6357-04-933354-0000, and includes but is not limited to the fee title to all that property to the centerline of the abandoned right-of-way that is now subject to an easement for interim trail use.

15.    Michael J. Browne owned land adjacent to the Railroad Line on the date of the taking, February 8, 2024.  The property owned by Michael J. Browne is located in Dutchess County, New York, and includes parcel number 132800-6356-01-403726-0000, and includes but is not limited to the fee title to all that property to the centerline of the abandoned right-of-way that is now subject to an easement for interim trail use.

16.    Daniel P. Burke & Jeanne Burke owned land adjacent to the Railroad Line on the date of the taking, February 8, 2024.  The property owned by Daniel P. Burke & Jeanne Burke is located in Dutchess County, New York, and includes parcel number 132800-6657-03-124222-0000, and includes but is not limited to the fee title to all that property to the centerline of the abandoned right-of-way that is now subject to an easement for interim trail use.

17.    Robert Caccomo owned land adjacent to the Railroad Line on the date of the taking, February 8, 2024.  The property owned by Robert Caccomo is located in Dutchess County, New York, and includes parcel number 134089-6855-02-748688-0000, and includes but is not limited to the fee title to all that property to the centerline of the abandoned right-of-way that is now subject to an easement for interim trail use.

18.    Christine A. Callahan owned land adjacent to the Railroad Line on the date of the taking, February 8, 2024.  The property owned by Christine A. Callahan is located in Dutchess County, New York, and includes parcel number 132800-6356-02-532956-0000, and includes but is not limited to the fee title to all that property to the centerline of the abandoned right-of-way that is now subject to an easement for interim trail use.

19.     Gregory Chamberlain & Jaclyn Chamberlain owned land adjacent to the Railroad Line on the date of the taking, February 8, 2024.  The property owned by Gregory Chamberlain & Jaclyn Chamberlain is located in Dutchess County, New York, and includes parcel number 132800-6356-01-364717-0000, and includes but is not limited to the fee title to all that property to the centerline of the abandoned right-of-way that is now subject to an easement for interim trail use.

20.     John Colbert owned land adjacent to the Railroad Line on the date of the taking, February 8, 2024.  The property owned by John Colbert is located in Dutchess County, New York, and includes parcel number 134089-6855-00-537924-0000, and includes but is not limited to the fee title to all that property to the centerline of the abandoned right-of-way that is now subject to an easement for interim trail use.

21.     James Anthony D'Amato owned land adjacent to the Railroad Line on the date of the taking, February 8, 2024.  The property owned by James Anthony D'Amato is located in Dutchess County, New York, and includes parcel number 132800-6357-04-700183-0000, and includes but is not limited to the fee title to all that property to the centerline of the abandoned right-of-way that is now subject to an easement for interim trail use.

22.     Paul D'Amore & Dana D'Amore owned land adjacent to the Railroad Line on the date of the taking, February 8, 2024.  The property owned by Paul D'Amore & Dana D'Amore is located in Dutchess County, New York, and includes parcel number 134089-6856-00-469425-0000, and includes but is not limited to the fee title to all that property to the centerline of the abandoned right-of-way that is now subject to an easement for interim trail use.

23.     Frank Michael Demaria owned land adjacent to the Railroad Line on the date of the taking, February 8, 2024.  The property owned by Frank Michael Demaria is located in Putnam

County, New York, and includes parcel number 13.-2-41, and includes but is not limited to the fee title to all that property to the centerline of the abandoned right-of-way that is now subject to an easement for interim trail use.

24.    Trevor DiStefano owned land adjacent to the Railroad Line on the date of the taking, February 8, 2024.  The property owned by Trevor DiStefano is located in Dutchess County, New York, and includes parcel number 132800-6557-04-956163-0000, and includes but is not limited to the fee title to all that property to the centerline of the abandoned right-of-way that is now subject to an easement for interim trail use.

25.    DKH Realty LLC owned land adjacent to the Railroad Line on the date of the taking, February 8, 2024.  The properties owned by DKH Realty LLC are located in Dutchess County, New York, and includes parcel numbers 130200-6055-80-443076-0000, 130200-6055-80-450087-0000,  130200-6055-80-455098-0000,  130200-6055-80-439071-0000  &  130200-6055-80-424048-0000, and includes but is not limited to the fee title to all that property to the centerline of the abandoned right-of-way that is now subject to an easement for interim trail use.

26.    Colin Dunnigan & Kristy Dunnigan owned land adjacent to the Railroad Line on the date of the taking, February 8, 2024.  The property owned by Colin Dunnigan & Kristy Dunnigan is located in Dutchess County, New York, and includes parcel number 132800-6557-03-328185-0000, and includes but is not limited to the fee title to all that property to the centerline of the abandoned right-of-way that is now subject to an easement for interim trail use.

27.    Raymond V. Earle owned land adjacent to the Railroad Line on the date of the taking, February 8, 2024.  The property owned by Raymond V. Earl is located in Dutchess County, New York, and includes parcel number 132800-6657-03-051177-0000, and includes but is not

limited to the fee title to all that property to the centerline of the abandoned right-of-way that is now subject to an easement for interim trail use.

28.    F P G U Inc. owned land adjacent to the Railroad Line on the date of the taking, February 8, 2024.  The property owned by F P G U Inc. is located in Dutchess County, New York, and includes parcel number 130200-6055-80-463114-0000, and includes but is not limited to the fee title to all that property to the centerline of the abandoned right-of-way that is now subject to an easement for interim trail use.

29.    Irma Farfaro owned land adjacent to the Railroad Line on the date of the taking, February 8, 2024.  The property owned by Irma Farfaro is located in Dutchess County, New York, and includes parcel number 132800-6357-04-819293-0000, and includes but is not limited to the fee title to all that property to the centerline of the abandoned right-of-way that is now subject to an easement for interim trail use.

30.    Pamela Follett owned land adjacent to the Railroad Line on the date of the taking, February 8, 2024.  The property owned by Pamela Follett is located in Dutchess County, New York, and includes parcel number 132200-6757-00-607883-0000, and includes but is not limited to the fee title to all that property to the centerline of the abandoned right-of-way that is now subject to an easement for interim trail use.

31.    Alberto Garcia & Elizabeth Garcia owned land adjacent to the Railroad Line on the date of the taking, February 8, 2024.  The property owned by Alberto Garcia & Elizabeth Garcia is located in Dutchess County, New York, and includes parcel number 132800-6357-04-753189-0000, and includes but is not limited to the fee title to all that property to the centerline of the abandoned right-of-way that is now subject to an easement for interim trail use.

32.     Christian Gautier owned land adjacent to the Railroad Line on the date of the taking, February 8, 2024.  The property owned by Christian Gautier is located in Dutchess County, New York, and includes parcel number 132800-6357-04-962378-0000, and includes but is not limited to the fee title to all that property to the centerline of the abandoned right-of-way that is now subject to an easement for interim trail use.

33.     William Geslain owned land adjacent to the Railroad Line on the date of the taking, February 8, 2024.  The property owned by William Geslain is located in Dutchess County, New York, and includes parcel number 133089-6155-03-186274-0000, and includes but is not limited to the fee title to all that property to the centerline of the abandoned right-of-way that is now subject to an easement for interim trail use.

34.     Joseph Giannantonio & Karen Montagna owned land adjacent to the Railroad Line on the date of the taking, February 8, 2024.  The property owned by Joseph Giannantonio & Karen Montagna is located in Dutchess County, New York, and includes parcel number 134089-6856-00-408693-0000, and includes but is not limited to the fee title to all that property to the centerline of the abandoned right-of-way that is now subject to an easement for interim trail use.

35.     Derek Gibb owned land adjacent to the Railroad Line on the date of the taking, February 8, 2024.  The property owned by Derek Gibb is located in Dutchess County, New York, and includes parcel number 132200-6758-00-815192-0000, and includes but is not limited to the fee title to all that property to the centerline of the abandoned right-of-way that is now subject to an easement for interim trail use.

36.     Salvatore Gisonni owned land adjacent to the Railroad Line on the date of the taking, February 8, 2024.  The property owned by Salvatore Gisonni is located in Dutchess County, New York, and includes parcel number 132800-6457-04-941311-0000, and includes but is not

limited to the fee title to all that property to the centerline of the abandoned right-of-way that is now subject to an easement for interim trail use.

37.    Sharon Gladman owned land adjacent to the Railroad Line on the date of the taking, February 8, 2024.  The property owned by Sharon Gladman is located in Dutchess County, New York, and includes parcel number 134089-6855-02-752792-0000, and includes but is not limited to the fee title to all that property to the centerline of the abandoned right-of-way that is now subject to an easement for interim trail use.

38.    Kimberly Gray owned land adjacent to the Railroad Line on the date of the taking, February 8, 2024.  The property owned by Kimberly Gray is located in Dutchess County, New York, and includes parcel number 133089-6155-01-487580-0000, and includes but is not limited to the fee title to all that property to the centerline of the abandoned right-of-way that is now subject to an easement for interim trail use.

39.    Christine M. Harsaghy owned land adjacent to the Railroad Line on the date of the taking, February 8, 2024.  The property owned by Christine M. Harsaghy is located in Dutchess County, New York, and includes parcel number 132800-6657-03-426214-0000, and includes but is not limited to the fee title to all that property to the centerline of the abandoned right-of-way that is now subject to an easement for interim trail use.

40.    Abigail Hedden & Christopher Hedden owned land adjacent to the Railroad Line on the date of the taking, February 8, 2024.  The property owned by Abigail Hedden & Christopher Hedden is located in Dutchess County, New York, and includes parcel number 132800-6356-01-386683-0000, and includes but is not limited to the fee title to all that property to the centerline of the abandoned right-of-way that is now subject to an easement for interim trail use.

41.     Kim Herman & Thomas Herman owned land adjacent to the Railroad Line on the date of the taking, February 8, 2024.  The property owned by Kim Herman & Thomas Herman is located in Putnam County, New York, and includes parcel number 13.-2-39, and includes but is not limited to the fee title to all that property to the centerline of the abandoned right-of-way that is now subject to an easement for interim trail use.

42.     Bryant M. Holcomb owned land adjacent to the Railroad Line on the date of the taking, February 8, 2024.  The property owned by Bryant M. Holcomb is located in Dutchess County, New York, and includes parcel number 132800-6457-04-991177-0000, and includes but is not limited to the fee title to all that property to the centerline of the abandoned right-of-way that is now subject to an easement for interim trail use.

43.     Jonathan Humphreys & Jennifer Valente owned land adjacent to the Railroad Line on the date of the taking, February 8, 2024.  The property owned by Jonathan Humphreys & Jennifer Valente is located in Dutchess County, New York, and includes parcel number 134089-6855-02-711829-0000, and includes but is not limited to the fee title to all that property to the centerline of the abandoned right-of-way that is now subject to an easement for interim trail use.

44.     J & T Sunset Farms LLC owned land adjacent to the Railroad Line on the date of the taking, February 8, 2024.  The properties owned by J & T Sunset Farms LLC are located in Dutchess County, New York, and include parcel numbers 132800-6457-04-971374-0000, 132800-6557-03-046356-0000 & 132800-6557-03-205343-0000, and includes but is not limited to the fee title to all those properties to the centerline of the abandoned right-of-way that is now subject to an easement for interim trail use.

45.     JAT Farms LLC owned land adjacent to the Railroad Line on the date of the taking, February 8, 2024.  The property owned by JAT Farms LLC is located in Dutchess County, New

York, and includes parcel number 134089-6855-00-581869-0000, and includes but is not limited to the fee title to all that property to the centerline of the abandoned right-of-way that is now subject to an easement for interim trail use.

46. Joe's Hill Road LLC subsidiary of Paraco Gas Corp. owned land adjacent to the Railroad Line on the date of the taking, February 8, 2024. The property owned by Joe's Hill Road LLC subsidiary of Paraco Gas Corp. is located in Putnam County, New York, and includes parcel number 68.-2-41, and includes but is not limited to the fee title to all that property to the centerline of the abandoned right-of-way that is now subject to an easement for interim trail use.

47. Gayle Johnson owned land adjacent to the Railroad Line on the date of the taking, February 8, 2024. The property owned by Gayle Johnson is located in Dutchess County, New York, and includes parcel number 132800-6356-01-391707-0000, and includes but is not limited to the fee title to all that property to the centerline of the abandoned right-of-way that is now subject to an easement for interim trail use.

48. Jenette Klein owned land adjacent to the Railroad Line on the date of the taking, February 8, 2024. The property owned by Jenette Klein is located in Dutchess County, New York, and includes parcel number 132200-6757-00-198491-0000, and includes but is not limited to the fee title to all that property to the centerline of the abandoned right-of-way that is now subject to an easement for interim trail use.

49. Beth Kraemer & Bruce Kraemer owned land adjacent to the Railroad Line on the date of the taking, February 8, 2024. The property owned by Beth Kraemer & Bruce Kraemer is located in Dutchess County, New York, and includes parcel number 134089-6856-00-426641-0000, and includes but is not limited to the fee title to all that property to the centerline of the abandoned right-of-way that is now subject to an easement for interim trail use.

50.     Lank's Automotive Inc. owned land adjacent to the Railroad Line on the date of the taking, February 8, 2024.  The property owned by Lank's Automotive Inc. is located in Dutchess County, New York, and includes parcel number 130200-6055-80-407023-0000, and includes but is not limited to the fee title to all that property to the centerline of the abandoned right-of-way that is now subject to an easement for interim trail use.

51.     Lara LLC owned land adjacent to the Railroad Line on the date of the taking, February 8, 2024.  The properties owned by Lara LLC are located in Dutchess County, New York, and include parcel numbers 132800-6357-04-844345-0000 & 132800-6357-04-830320-0000, and includes but is not limited to the fee title to all that property to the centerline of the abandoned right-of-way that is now subject to an easement for interim trail use.

52.     Kathryn Lazar & Robert Schwartz owned land adjacent to the Railroad Line on the date of the taking, February 8, 2024.  The property owned by Kathryn Lazar & Robert Schwartz is located in Dutchess County, New York, and include parcel number 132800-6356-01-428772-0000, and includes but is not limited to the fee title to all that property to the centerline of the abandoned right-of-way that is now subject to an easement for interim trail use.

53.     Lia Brewster Realty, LLC owned land adjacent to the Railroad Line on the date of the taking, February 8, 2024.  The properties owned by Lia Brewster Realty, LLC are located in Putnam County, New York, and include parcel numbers 67.8-1-41, 67.36-2-6, 68.5-1-2 and 68.-1-4, and includes but is not limited to the fee title to all that property to the centerline of the abandoned right-of-way that is now subject to an easement for interim trail use.

54.     Lomala Land Development Corp. owned land adjacent to the Railroad Line on the date of the taking, February 8, 2024.  The property owned by Lomala Land Development Corp. is located in Dutchess County, New York, and includes parcel number 132800-6356-01-418813-

0000, and includes but is not limited to the fee title to all that property to the centerline of the abandoned right-of-way that is now subject to an easement for interim trail use.

55.     Lori Joseph Builders Inc owned land adjacent to the Railroad Line on the date of the taking, February 8, 2024.  The property owned by Lori Joseph Builders Inc is located in Dutchess County, New York, and includes parcel number 133089-6055-15-649282-0000, and includes but is not limited to the fee title to all that property to the centerline of the abandoned right-of-way that is now subject to an easement for interim trail use.

56.     John Madera owned land adjacent to the Railroad Line on the date of the taking, February 8, 2024.  The property owned by John Madera is located in Putnam County, New York, and includes parcel number 13.-2-53, and includes but is not limited to the fee title to all that property to the centerline of the abandoned right-of-way that is now subject to an easement for interim trail use.

57.     Mainspring Realty, LLC owned land adjacent to the Railroad Line on the date of the taking, February 8, 2024.  The property owned by Mainspring Realty, LLC is located in Putnam County, New York, and includes parcel number 45.-2-93, and includes but is not limited to the fee title to all that property to the centerline of the abandoned right-of-way that is now subject to an easement for interim trail use.

58.     Emanuele Marinaro owned land adjacent to the Railroad Line on the date of the taking, February 8, 2024.  The property owned by Emanuele Marinaro is located in Dutchess County, New York, and includes parcel number 132800-6557-03-312108-0000, and includes but is not limited to the fee title to all that property to the centerline of the abandoned right-of-way that is now subject to an easement for interim trail use.

59.     Frank Matteo & Rosa Carrasco owned land adjacent to the Railroad Line on the date of the taking, February 8, 2024.  The property owned by Frank Matteo & Rosa Carrasco is located in Dutchess County, New York, and includes parcel number 132800-6357-04-746222-0000, and includes but is not limited to the fee title to all that property to the centerline of the abandoned right-of-way that is now subject to an easement for interim trail use.

60.     Michael McAllister owned land adjacent to the Railroad Line on the date of the taking, February 8, 2024.  The property owned by Michael McAllister is located in Dutchess County, New York, and includes parcel number 132800-6357-04-818177-0000, and includes but is not limited to the fee title to all that property to the centerline of the abandoned right-of-way that is now subject to an easement for interim trail use.

61.     Lawrence Miano & Christyanne Miano owned land adjacent to the Railroad Line on the date of the taking, February 8, 2024.  The property owned by Lawrence Miano & Christyanne Miano is located in Dutchess County, New York, and includes parcel number 132800-6557-03-257180-0000, and includes but is not limited to the fee title to all that property to the centerline of the abandoned right-of-way that is now subject to an easement for interim trail use.

62.     Gregory Morrison owned land adjacent to the Railroad Line on the date of the taking, February 8, 2024.  The property owned by Gregory Morrison is located in Dutchess County, New York, and includes parcel number 134089-6856-00-452462-0000, and includes but is not limited to the fee title to all that property to the centerline of the abandoned right-of-way that is now subject to an easement for interim trail use.

63.     Douglas Mort owned land adjacent to the Railroad Line on the date of the taking, February 8, 2024.  The property owned by Douglas Mort is located in Dutchess County, New York, and includes parcel number 134089-6856-00-616172-0000, and includes but is not limited

to the fee title to all that property to the centerline of the abandoned right-of-way that is now subject to an easement for interim trail use.

64. Philip Oliva owned land adjacent to the Railroad Line on the date of the taking, February 8, 2024. The property owned by Philip Oliva is located in Dutchess County, New York, and includes parcel number 132800-6557-03-309178-0000, and includes but is not limited to the fee title to all that property to the centerline of the abandoned right-of-way that is now subject to an easement for interim trail use.

65. David Otero owned land adjacent to the Railroad Line on the date of the taking, February 8, 2024. The property owned by David Otero is located in Putnam County, New York, and includes parcel number 13.-2-49, and includes but is not limited to the fee title to all that property to the centerline of the abandoned right-of-way that is now subject to an easement for interim trail use.

66. Partners Management LLC owned land adjacent to the Railroad Line on the date of the taking, February 8, 2024. The property owned by Partners Management LLC is located in Putnam County, New York, and includes parcel number 68.5-2-24, and includes but is not limited to the fee title to all that property to the centerline of the abandoned right-of-way that is now subject to an easement for interim trail use.

67. Donato Pozzuto owned land adjacent to the Railroad Line on the date of the taking, February 8, 2024. The properties owned by Donta Pozzuto are located in Dutchess County, New York, and include parcel numbers 132200-6757-00-563722-0000 & 132200-6757-00-500533-0000, and includes but is not limited to the fee title to all that property to the centerline of the abandoned right-of-way that is now subject to an easement for interim trail use.

68.    Donato Pozzuto & Carmelina Pozzuto owned land adjacent to the Railroad Line on the date of the taking, February 8, 2024.  The property owned by Donato Pozzuto & Carmelina Pozzuto is located in Dutchess County, New York, and includes parcel number 132200-6757-00-445645-0000, and includes but is not limited to the fee title to all that property to the centerline of the abandoned right-of-way that is now subject to an easement for interim trail use.

69.    John Read owned land adjacent to the Railroad Line on the date of the taking, February 8, 2024.  The property owned by John Read is located in Dutchess County, New York, and includes parcel number 134089-6855-02-812527-0000, and includes but is not limited to the fee title to all that property to the centerline of the abandoned right-of-way that is now subject to an easement for interim trail use.

70.    Levi Harold Reavey, Sr. owned land adjacent to the Railroad Line on the date of the taking, February 8, 2024.  The property owned by Donato Levi Harold Reavey, Sr. is located in Dutchess County, New York, and includes parcel number 133089-6055-16-783251-0000, and includes but is not limited to the fee title to all that property to the centerline of the abandoned right-of-way that is now subject to an easement for interim trail use.

71.    John Reda & Christine Reda owned land adjacent to the Railroad Line on the date of the taking, February 8, 2024.  The property owned by John Reda & Christine Reda is located in Dutchess County, New York, and includes parcel number 134089-6856-00-656115-0000, and includes but is not limited to the fee title to all that property to the centerline of the abandoned right-of-way that is now subject to an easement for interim trail use.

72.    Catherine Roberts & Michael Roberts owned land adjacent to the Railroad Line on the date of the taking, February 8, 2024.  The property owned by Catherine Roberts & Michael Roberts is located in Dutchess County, New York, and includes parcel number 134089-6855-02-

16

727762-0000, and includes but is not limited to the fee title to all that property to the centerline of the abandoned right-of-way that is now subject to an easement for interim trail use.

73.     David Rochman owned land adjacent to the Railroad Line on the date of the taking, February 8, 2024.  The property owned by David Rochman is located in Dutchess County, New York, and includes parcel number 134089-6855-00-617782-0000, and includes but is not limited to the fee title to all that property to the centerline of the abandoned right-of-way that is now subject to an easement for interim trail use.

74.     Cindy Russo & Louis Russo owned land adjacent to the Railroad Line on the date of the taking, February 8, 2024.  The property owned by Cindy Russo & Louis Russo is located in Dutchess County, New York, and includes parcel number 132800-6357-04-948366-0000, and includes but is not limited to the fee title to all that property to the centerline of the abandoned right-of-way that is now subject to an easement for interim trail use.

75.     Daniel Sciarabba & Shana Sciarabba owned land adjacent to the Railroad Line on the date of the taking, February 8, 2024.  The property owned by Daniel Sciarabba & Shana Sciarabba is located in Dutchess County, New York, and includes parcel number 132800-6557-03-344139-0000, and includes but is not limited to the fee title to all that property to the centerline of the abandoned right-of-way that is now subject to an easement for interim trail use.

76.     Giulio Scotton, JoAnn Scotton & Scotton Living Trust, 5/5/04, owned land adjacent to the Railroad Line on the date of the taking, February 8, 2024.  The property owned by Giulio Scotton, JoAnn Scotton & Scotton Living Trust, 5/5/04, is located in Putnam County, New York, and includes parcel number 13.-2-88, and includes but is not limited to the fee title to all that property to the centerline of the abandoned right-of-way that is now subject to an easement for interim trail use.

77.     Nadine Sheehan owned land adjacent to the Railroad Line on the date of the taking, February 8, 2024.  The property owned by Nadine Sheehan is located in Dutchess County, New York, and includes parcel number 132800-6357-04-724202-0000, and includes but is not limited to the fee title to all that property to the centerline of the abandoned right-of-way that is now subject to an easement for interim trail use.

78.     Rena Shiwdin owned land adjacent to the Railroad Line on the date of the taking, February 8, 2024.  The property owned by Rena Shiwdin is located in Dutchess County, New York, and includes parcel number 132800-6557-03-167150-0000, and includes but is not limited to the fee title to all that property to the centerline of the abandoned right-of-way that is now subject to an easement for interim trail use.

79.     Patricia Slesarchik owned land adjacent to the Railroad Line on the date of the taking, February 8, 2024.  The property owned by Patricia Slesarchik is located in Dutchess County, New York, and includes parcel number 132800-6357-04-866357-0000, and includes but is not limited to the fee title to all that property to the centerline of the abandoned right-of-way that is now subject to an easement for interim trail use.

80.     Sarah Sobek & Peter Sobek owned land adjacent to the Railroad Line on the date of the taking, February 8, 2024.  The propert owned by Sarah Sobek & Peter Sobek is located in Dutchess County, New York, and includes parcel number 132800-6356-01-347640-0000, and includes but is not limited to the fee title to all that property to the centerline of the abandoned right-of-way that is now subject to an easement for interim trail use.

81.     Tara Holdings LLC owned land adjacent to the Railroad Line on the date of the taking, February 8, 2024.  The property owned by Tara Holdings LLC is located in Putnam County, New York, and includes parcel number 68.-2-20, and includes but is not limited to the fee title to

all that property to the centerline of the abandoned right-of-way that is now subject to an easement for interim trail use.

82.     Kevin Thacke owned land adjacent to the Railroad Line on the date of the taking, February 8, 2024.  The property owned by Kevin Thacke is located in Dutchess County, New York, and includes parcel number 132800-6457-04-931330-0000, and includes but is not limited to the fee title to all that property to the centerline of the abandoned right-of-way that is now subject to an easement for interim trail use.

83.     George Ugolini & Janice Ugolini owned land adjacent to the Railroad Line on the date of the taking, February 8, 2024.  The property owned by George Ugolini & Janice Ugolini is located in Dutchess County, New York, and includes parcel number 133089-6155-11-567655-0000, and includes but is not limited to the fee title to all that property to the centerline of the abandoned right-of-way that is now subject to an easement for interim trail use.

84.     Leonard Vann owned land adjacent to the Railroad Line on the date of the taking, February 8, 2024.  The property owned by Leonard Vann is located in Dutchess County, New York, and includes parcel number 132800-6356-01-388755-0000, and includes but is not limited to the fee title to all that property to the centerline of the abandoned right-of-way that is now subject to an easement for interim trail use.

85.     John Volkmann, Jr. owned land adjacent to the Railroad Line on the date of the taking, February 8, 2024.  The property owned by John Volkmann, Jr. is located in Dutchess County, New York, and includes parcel number 132800-6357-04-791263-0000, and includes but is not limited to the fee title to all that property to the centerline of the abandoned right-of-way that is now subject to an easement for interim trail use.

86.    William Volpe & Angela Volpe owned land adjacent to the Railroad Line on the date of the taking, February 8, 2024.  The property owned by William Volpe & Angela Volpe is located in Dutchess County, New York, and includes parcel number 132800-6356-02-511917-0000, and includes but is not limited to the fee title to all that property to the centerline of the abandoned right-of-way that is now subject to an easement for interim trail use.

87.    Joseph Walsh & Marilyn Walsh owned land adjacent to the Railroad Line on the date of the taking, February 8, 2024.  The property owned by Joseph Walsh & Marilyn Walsh is located in Dutchess County, New York, and includes parcel number 132800-6356-02-506889-0000, and includes but is not limited to the fee title to all that property to the centerline of the abandoned right-of-way that is now subject to an easement for interim trail use.

88.    Karen Warren owned land adjacent to the Railroad Line on the date of the taking, February 8, 2024.  The property owned by Karen Warren is located in Dutchess County, New York, and includes parcel number 132800-6356-01-415742-0000, and includes but is not limited to the fee title to all that property to the centerline of the abandoned right-of-way that is now subject to an easement for interim trail use.

89.    Whitefield Properties LLC owned land adjacent to the Railroad Line on the date of the taking, February 8, 2024.  The property owned by Whitefield Properties LLC is located in Dutchess County, New York, and includes parcel number 130200-6055-72-498177-0000, and includes but is not limited to the fee title to all that property to the centerline of the abandoned right-of-way that is now subject to an easement for interim trail use.

90.    Roger Woolcott & Catherine Josset owned land adjacent to the Railroad Line on the date of the taking, February 8, 2024.  The property owned by Roger Woolcott & Catherine Josset is located in Putnam County, New York, and includes parcel number 67.8-1-1, and includes

but is not limited to the fee title to all that property to the centerline of the abandoned right-of-way that is now subject to an easement for interim trail use.

91.     Stanley Zmudzinski owned land adjacent to the Railroad Line on the date of the taking, February 8, 2024.  The property owned by Stanley Zmudzinski is located in Dutchess County, New York, and includes parcel number 132800-6356-02-522936-0000, and includes but is not limited to the fee title to all that property to the centerline of the abandoned right-of-way that is now subject to an easement for interim trail use.

92.     On February 8, 2024, the Surface Transportation Board ("STB") issued a Notice of Interim Trail use ("NITU") relating to the following segment of the Railroad Line: between approximately Milepost 0.0 at Beacon, New York, and Milepost 71.2 at the Connecticut/New York state line, a distance of 41.1 miles in Dutchess & Putnam Counties, New York.

93.      But for operation of the Trails Act, Plaintiffs would have the exclusive right to physical ownership, possession, and use of their property free of any easement for recreational trail use or future railroad use.

94.     By operation of the Trails act, the United States took the Plaintiffs' property which it is Constitutionally obligated to pay just compensation.

95.     Plaintiffs owned the aforementioned property on the date of the taking, February 8, 2024, and are therefore proper claimants for compensation.

96.     Plaintiffs' property includes but is not limited to the fee title to the property underlying the former railroad easement.

97.     The United States' actions damaged Plaintiffs by taking a portion of Plaintiffs' property and by diminishing the value of the remaining property and by attenuating delay damages based upon the delayed payment of compensation.

WHEREFORE, Plaintiff respectfully requests a monetary judgment in its favor representing the full fair market value of the property taken by the United States on the date it was taken, including severance damages, delay damages, interest, and costs and attorneys' fees incurred by Plaintiff and for such further relief as this Court may deem just and proper.

Date: February 9, 2024

Respectfully submitted by:

STEWART, WALD & SMITH, LLC

By _Steven Wald_

Steven M. Wald
Michael J. Smith
3636 S. Geyer Rd., Suite 200
Saint Louis, MO 63127
Telephone:    (314) 720-0220
Facsimile:    (314) 899-2925 (facsimile)
wald@swslegal.com
smith@swslegal.com

-and-

Thomas S. Stewart
Reed W. Ripley
2100 Central St., Suite 22
Kansas City, MO 64108
Telephone:    (816) 303-1500
Facsimile:    (816) 827-8068 (facsimile)
stewart@swslegal.com
ripley@swslegal.com

ATTORNEYS FOR PLAINTIFFS